IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and the STATE OF TENNESSEE *ex rel.* JASON HERNDON, M.D. | ) ) ) ) | Civil Action No. 3:19-cv-00739 JUDGE CAMPBELL |
| *Plaintiffs-Relator,* | ) ) | **FILED UNDER SEAL** |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| NASHVILLE PAIN & WELLNESS CENTER, PLLC; MADHU S. YELAMELI, MD, | ) ) ) ) ) | |
| *Defendants*. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and under 31 U.S.C. § 3730(b)(1) of the Federal False Claims Act ("FCA") and TENN. CODE ANN. § 71-5-183 of the Tennessee Medicaid False Claims Act ("TMFCA"), Relator Dr. Jason Herndon by and through his counsel, files this Notice of Voluntary Dismissal of this action **with prejudice** to Relator and **without prejudice** to either the United States or the State of Tennessee.

Counsel for Relator has conferred with counsel for the United States, who has indicated that the United States consents to the dismissal of this action without prejudice to the United States. Relator's Counsel understands that the United States will submit a separate written consent to the dismissal and a motion addressing the unsealing of this case. Counsel for Relator has also conferred with counsel for the State of Tennessee, who has indicated that Tennessee consents to the dismissal of this action without prejudice to the State of Tennessee.

1

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1), and subject to the consent of the United States and the State of Tennessee under the FCA and TMFCA, Relator requests that the Court enter a dismissal of this action with prejudice to Relator and without prejudice to the United States or Tennessee.

Dated: December 21, 2022

Respectfully Submitted,

/s/ Seth M. Hyatt
David Rivera (TBR # 24033)
Jerry E. Martin (TBR # 20193)
Seth M. Hyatt (TBR # 31171)
**BARRETT JOHNSTON MARTIN & GARRISON, LLC**
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Tel. (615) 244-2202
Fax: (615) 252-3798
drivera@barrettjohnston.com
shyatt@barrettjohnston.com
jmartin@barrettjohnston.com

*Attorneys for Plaintiff-Relator*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2022, a copy of the foregoing Notice of Voluntary Dismissal was filed by e-mail with the Clerk's Office per the standing instructions of the Court. A service copy was served via First Class U.S. Mail, postage prepaid, and/or via email on the following:

Kara F. Sweet
U.S. Attorney's Office (Nashville Office)
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
(615) 401-6598
kara.sweet@usdoj.gov

*Counsel for the United States*

Nate Casey
Assistant Attorney General
Medicaid Fraud & Integrity Division
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
nate.casey@ag.tn.gov

*Counsel for the State of Tennessee*

/s/ Seth M. Hyatt
Seth M. Hyatt